# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN STACY C BECK  :  CHAPTER 13

:

:

**DEBTOR**  **(S)**  :  BANKRUPTCY NO 14-15220 AMC

**P R A E C I P E TO WITHDRAW**

Kindly withdraw the standing Trustee's NOTICE OF FINAL CURE. Docket entry # 45            RespectfullySubmitted,

DATE  : FEBURARY 22,  2017        s/William C. Miller, Esquire
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA  19107