## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STACY C BECK              :    CHAPTER 13

                :
                                                   :
**DEBTOR        (S)**              :    BANKRUPTCY NO 14-15220 AMC

### P R A E C I P E TO WITHDRAW

Kindly withdraw the standing Trustee's NOTICE OF FINAL CURE. Docket entry #47#48

Respectfully Submitted,

DATE: FEBURARY 21, 2018            s/William C. Miller, Esquire
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee
                                                  P.O. Box 1229
                                                  Philadelphia, PA  19107